# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO SOLANO, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. HAROLD TATE, et al.,<br><br>  Defendants. | Case No.: 1:15-cv-00756-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER, AND EXTENDING THE DISCOVERY DEADLINE TO SEPTEMBER 16, 2016, AND DISPOSITIVE MOTION DEADLINE TO DECEMBER 16, 2016<br><br>[ECF No. 24] |

Plaintiff Librado Solano, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 5, 2016, Defendants filed a motion to modify the scheduling order, namely to extend the discovery deadline to September 16, 2016, and the dispositive motion deadline to December 16, 2016.

Good cause having been presented to the Court, it is HEREBY ORDERED that the discovery deadline is extended to September 16, 2016, and the dispositive motion deadline is extended to December 16, 2016.

IT IS SO ORDERED.

Dated:  **August 8, 2016**

UNITED STATES MAGISTRATE JUDGE

1