**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBRADO SOLANO, JR., <br><br> Plaintiff, <br><br> v. <br><br> DR. HAROLD TATE, et al., <br><br> Defendants. | Case No.: 1:15-cv-00756-DAD-SAB (PC) <br><br> ORDER DIRECTING DEFENDANTS TO SUBMIT A HARD COPY OF PLAINTIFF'S ENTIRE DEPOSITION TRANSCRIPT |

Plaintiff Librado Solano, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 13, 2017, Defendants filed a motion for summary judgment and attached portions of Plaintiff's deposition. (ECF No. 31.) However, Defendants did not file a copy of the complete deposition as required by Local Rule 133(j). Accordingly, IT IS HEREBY ORDERED that Defendants' shall lodge a hard copy of Plaintiff's entire deposition within ten days from the date of service of this order.

IT IS SO ORDERED.

Dated: **August 14, 2017**

UNITED STATES MAGISTRATE JUDGE

1