# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO SOLANO, JR., <br><br> Plaintiff, <br><br> v. <br><br> DR. HAROLD TATE, et al., <br><br> Defendants. | Case No.: 1:15-cv-00756-DAD-SAB (PC) <br><br> ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S SECOND SCHEDULING ORDER |

Plaintiff Librado Solano, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant Dr. Harold Tate for deliberate indifference to a serious medical need. A jury trial is set for October 23, 2018, and a telephonic trial confirmation hearing on August 27, 2018 before United States District Judge Dale A. Drozd.

On May 9, 2018, the Court issued the Second Scheduling Order, which required Plaintiff to file a pretrial statement on or before August 7, 2018. Plaintiff failed to comply with the Court's order to file a pretrial statement.

///
///
///
///

1

Accordingly, it is HEREBY ORDERED that:

1. Within **ten (10) days** from the date of service of this order, Plaintiff shall show cause sanctions should not be imposed for failing to comply with the scheduling order;

2. The failure to respond to this order will result in dismissal of this action, with prejudice; and

3. Defendant is relieved from filing their pretrial statement until resolution of the instant order to show cause and further order by the Court.

IT IS SO ORDERED.

Dated: __**August 8, 2018**__

UNITED STATES MAGISTRATE JUDGE