UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO SOLANO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DR. HAROLD TATE,<br><br>Defendant. | No. 1:15-cv-00756-DAD-SAB<br><br>ORDER DIRECTING PARTIES TO APPEAR AT TRIAL CONFIRMATION HEARING |

Plaintiff is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2018, the magistrate judge assigned to this case issued an order requiring plaintiff to show cause why he had failed to file a pretrial statement within the time set by the court's second scheduling order. (Doc. No. 51.) Plaintiff has not yet responded to that order nor has he filed a pretrial statement.

Although the assigned magistrate judge relieved defendant of any requirement to file a pretrial statement in light of plaintiff's failure to do so, the court will nevertheless keep the trial confirmation hearing on calendar as scheduled. The parties are both directed to appear for the trial confirmation hearing at **1:30 p.m. on August 27, 2018**, which will be held in Courtroom 5 on the 7th Floor of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California. The parties are encouraged to appear telephonically and may do so by dialing 877-402-9757 (access code 6966236) at the time of the hearing. Because the court may be hearing

1

other matters using the same conference line, please wait to state your appearance until your case has been called and appearances are requested. Keep all background noise to a minimum. Use of any feature(s) that may have an impact upon the quality of voice transmission (such as speakerphones, headsets, etc.) are prohibited; use of a land line or hand-held cell phone is required.

The Clerk of the Court is directed to serve a copy of this order on plaintiff via mail at his address of record reflected on the court's docket.

IT IS SO ORDERED.

Dated: **August 22, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE